UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 12-2069 MK |
| | ) JUDGE KNOWLES |
| CARLOS CAEZ-ROSA | ) |
| | ) |

## ORDER

This case is hereby placed under seal, pending the arrest of Carlos Caez-Rosa.

So ORDERED this 30th day of April, 2012.

_____
E. CLIFTON KNOWLES
U. S. MAGISTRATE JUDGE